UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL,<br><br>            Plaintiff,<br><br>       v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>            Defendants. | Case No. 1:15-cv-00801-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 6] |

Plaintiff David Townsel is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2015, Plaintiff consented to United States magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF No. 4.)

On September 25, 2015, the Court screened and dismissed Plaintiff's complaint for failure to state a cognizable claim for relief with leave to amend. (ECF No. 6.) More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

///

///

///

1

Accordingly, within **twenty (20)** days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

Dated:     **November 6, 2015**

UNITED STATES MAGISTRATE JUDGE